# STATE OF OREGON,
*Respondent,*

*v.*

# STEVEN C. ANDERSON,
*Appellant.*

## (G16104; CA A35552)

725 P2d 1297

Orrin Leigh Grover, Molalla, argued the cause and filed the brief for appellant.

Jeff Bennett, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Solicitor General, Salem.

Before Joseph, Chief Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

Van Hoomissen, J., specially concurring.

## PER CURIAM

Defendant appeals his convictions for driving under the influence of intoxicants and possession of an open container. *Former* ORS 487.540;[1] *former* ORS 487.841.[2] He was stopped at a police roadblock during hours of darkness on a rural road in Clackamas County. He moved to suppress the evidence obtained at the roadblock on the ground that the stop and search violated constitutional prohibitions against warrantless searches and seizures. The trial court denied the motion. We reverse on the basis of our decision in *Nelson v. Lane County,* 79 Or App 753, 720 P2d 1291, *rev allowed* 301 Or 765 (1986).

Reversed and remanded for a new trial.

**VAN HOOMISSEN, J.,** specially concurring.

I agree with the result in this case, because this court has very recently spoken to the issue. *Nelson v. Lane County,* 79 Or App 753, 720 P2d 1291, *rev allowed* 301 Or 765 (1986). I write specially to note that, while I did not participate in the *Nelson* decision, had I done so, I would have agreed with the view expressed by Judge Richardson in his specially concurring opinion.

---

[1] *Repealed by* Or Laws 1983, ch 338, § 978 and *reenacted as* ORS 813.010.

[2] *Repealed by* Or Laws 1983, ch 338, § 978 and *reenacted as* ORS 811.170.